**Order entered April 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-00825-CV

### CARL BENSON, Appellant

### V.

### JPMORGAN CHASE, Appellee

### and

---

## No. 05-12-00943-CV

### CARL BENSON, Appellant

### V.

### EMC MORTGAGE CORPORATION, Appellee

---

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. DC-10-11135-F and DC-12-0677

---

## ORDER

Because a review of the clerk's records in these appeals reveals the two appeals are the same, we **CONSOLIDATE**, on our own motion, appellate cause number 05-12-00943-CV into cause 05-12-000825-CV. The parties shall now use only cause number 05-12-00825-CV when referencing the appeal.

We note appellant's amended brief is overdue.  In light of this order, we extend appellant's time for filing his amended brief and **ORDER** appellant's brief be filed within thirty days of the date of this order.  Appellant is cautioned that failure to comply may result in this appeal being dismissed without further notice.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE